IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHNNIE CASEY,

    *Plaintiff*,

v.                                            Case No.: 5:24cv110-MW/MJF

FLORIDA DEPARTMENT OF
REVENUE CHILD SUPPORT
PROGRAM, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute, failure to pay the filing fee, and failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on October 18, 2024.**

                                                            **s/Mark E. Walker                 **
                                                             **Chief United States District Judge**